IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabrielle LaVia, | No. CV-22-01088-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| MRC VSL HV Management LLC, | |
| Defendant. | |

The Court having received notice that this case has settled (Doc. 9),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on September 30, 2022, with prejudice, and shall enter judgment accordingly, unless prior thereto a party withdraws the notice of settlement.

**IT IS FURTHER ORDERED** that all deadlines are vacated.

**IT IS FINALLY ORDERED** that all hearings, including the September 14, 2022 Rule 16 Scheduling Conference, are vacated.

Dated this 30th day of August, 2022.

James A. Teilborg
Senior United States District Judge