# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabrielle LaVia,<br><br>   Plaintiff,<br><br>v.<br><br>MRC VSL HV Management LLC,<br><br>   Defendant. | NO. CV-22-01088-PHX-JAT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 31, 2022, judgment is hereby entered and this case is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 3, 2022

　　　　　　　　　　　　　　　　　　s/ S. Strong
　　　　　　　　　　　　　　By　　Deputy Clerk